UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SATISH EMRIT,

                Plaintiff,

-against-                        22-CV-10804 (LTS)

SPECIAL AGENT IN CHARGE OF FBI       CIVIL JUDGMENT
FIELD IN SOUTHERN DISTRICT OF NEW
YORK (SNDY),

                Defendant.

    For the reasons stated in the December 27, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 27, 2022
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge